## Kim COOK, Appellant,

v.

## STATE of Missouri, Respondent.

### No. ED 75694.

Missouri Court of Appeals, Eastern District, Division Two.

Jan. 25, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 14, 2000.

Application for Transfer Denied April 25, 2000.

John M. Schilmoeller, Asst. Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for Respondent.

Before CRANE, P.J., ROBERT G. DOWD, Jr., J. and SULLIVAN, J.

## ORDER

PER CURIAM.

Kim Cook ("Appellant") appeals the denial of his Rule 29.15 motion for postconviction relief, which was denied following an evidentiary hearing. Appellant sought to vacate his conviction of arson in the second degree, Section 569.050 RSMo (1994).

We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's findings and conclusions are not clearly erroneous. Missouri Supreme Court Rules 24.035(k), 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).